IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:01-CR-88-1**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) **ORDER** |
| DATAVON CUNNINGHAM | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion to Amend/Correct Sentence [doc. 134] filed on July 2, 2009.

In accordance with the Court's original intent, the motion to correct sentence is **GRANTED.** Defendant's Judgment is to be amended indicating that the entire federal sentence is to run **concurrently** with the North Carolina state sentences in 01CRS14359 and 01CRS12534.

**IT IS ORDERED** that a new J&C be prepared to reflect that the defendant's entire federal sentence is to run concurrently with the state sentencing.

**IT IS SO ORDERED.**

Signed: August 25, 2009

Graham C. Mullen
United States District Judge