UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:01CR88

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br><br> DATAVON CUNNINGHAM, <br> JAMARIOUS MCCULLOUGH, <br> NASIR RAMADAN, <br> JERMAINE Q. FLIM, <br> KEVIN D. BISHOP, <br> a/k/a SLEEPY, <br> JOSHUA KAREEM OLIPHANT, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the judgments entered against the defendants in this case are AMENDED to make all defendants jointly and severally liable for restitution to the victim, Central Carolina Bank, in the amount of $7,488.00.

Signed: January 4, 2011

Graham C. Mullen
United States District Judge